**Order entered September 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00321-CV

**AMERIPATH, INC. AND DFW 5.01(A) CORPORATION, Appellants**

**V.**

**STEVEN HEBERT M.D., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03680-2009**

## ORDER

Michael A. Pollard's motion for admission pro hac vice in the above-stated matter is

**GRANTED**.

/s/    DAVID L. BRIDGES
          JUSTICE